UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYELA ALVAREZ PARDO,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 26-cv-380-RSH-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

　　On January 22, 2026, petitioner Mayela Alvarez Pardo filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b)(2), she is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶¶ 43-44. The same day, the Court issued a briefing schedule. ECF No. 2.

　　On February 3, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

//
//
//

1

     Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Mayela Alvarez Pardo before an immigration court pursuant to 8 U.S.C. § 1226(a) ***within seven (7) days of this order***. The hearing set for February 12, 2026 is **VACATED**.

     **IT IS SO ORDERED.**

Dated: February 3, 2026

                                                  *Robert S. Huie*
                                     Hon. Robert S. Huie
                                     United States District Judge